**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

JORDAN HUNTER,                          :
                                        :
      **Plaintiff,**                      :
                                        :
    v.                                :          **CASE NO:**
                                        :          **7:22-cv-144-WLS-ALS**
Warden **JACOB BEASLEY**,                  :
                                        :
      **Defendants.**                     :
                                        :
_____

**ORDER TO PRODUCE STATE INMATE
PLAINTIFF FOR FEDERAL TRIAL**

TO:    Georgia Department of Corrections, Court Productions
        Christina Lunebach
        Court Services Manager Offender Administration
        Georgia Department of Corrections
        200 Sharon Rogers Drive
        Jackson, Ga 30233
        Email: court.productionorders@gdc.ga.gov; cc: christina.lunebach@gdc.ga.gov

On February 3, 2026, The Court held a telephonic conference with counsel for the Parties to resolve the issue of procuring the appearance of Plaintiff **JORDAN HUNTER** so he is able to appear **in person** as Plaintiff at the trial in the above-captioned proceeding beginning at 8:30 a.m. on Monday, February 9, 2026, or thereafter during the Court's February 2026 Valdosta Trial Term. **JORDAN HUNTER**, GDC ID No. 1002134021, is currently in the custody of the Georgia Department of Corrections and is incarcerated at the Valdosta State Prison.

Accordingly, **IT IS HEREBY ORDERED** that **JORDAN HUNTER**, Plaintiff in the above-captioned proceeding shall appear **in person** at the trial of this matter. To that end, it is hereby **ORDERED** that the Georgia Department of Corrections, as custodian of Plaintiff **JORDAN HUNTER**, shall deliver the said **JORDAN HUNTER,** GDC ID No. 1002134021, to the Courtroom of the United States Courthouse, 401 N. Patterson St., 2nd Floor, Valdosta, Georgia, to attend the trial in the above-captioned proceeding beginning at 8:30 a.m. on Monday, February 9, 2026, or as may be otherwise required during said term of

1

Court. The Georgia Department of Corrections shall return **JORDAN HUNTER** to the custody from whence he came when the trial of the above-captioned proceeding is completed.

The Clerk of Court is **DIRECTED** to serve, by United States Mail and by the email addresses noted above, a certified copy of this Order on Christina Lunebach of the Georgia Department of Corrections. The Clerk of the Court is also **DIRECTED** to serve a certified copy of this Order on the United States Marshal for the Middle District of Georgia. Counsel for Plaintiff and Defendant are **ORDERED** to provide any assistance to the Clerk, the Georgia Department of Corrections, and/or the United States Marshal, or his lawful deputy, to ensure timely compliance with this Order.

**SO ORDERED**, this 4th day of February 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2