**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **JORDAN HUNTER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:22-cv-144–WLS-ALS** |
| **Warden JACOB BEASLEY,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER TO PRODUCE STATE INMATE
## AS A WITNESS FOR FEDERAL TRIAL

TO:    Georgia Department of Corrections, Court Productions
Christina Lunebach
Court Services Manager Offender Administration
Georgia Department of Corrections
200 Sharon Rogers Drive
Jackson, Ga 30233
Email: court.productionorders@gdc.ga.gov; cc: christina.lunebach@gdc.ga.gov

Before the Court is Plaintiff's Motion to Allow Witness to Appear Virtually (Doc. 61) ("Motion") filed February 2, 2026. Therein, Plaintiff requests the Court enter an Order allowing **CHRISTOPHER TINSLEY**, to appear virtually as a witness at the trial in the above matter. The Court held a telephonic conference with counsel for the Parties on February 3, 2026, and resolved the issue as to the appearance of **CHRISTOPER TINSLEY** so that he will appear **in person** as a witness to testify at the trial in the above-captioned proceeding beginning at 8:30 a.m. on Monday, February 9, 2026, or thereafter during the Court's February 2026 Valdosta Trial Term. **CHRISTOPHER TINSLEY**, GDC ID No. 0001194347, is currently in the custody of the Georgia Department of Corrections and is incarcerated at the Macon State Prison.

Accordingly, for good cause shown, the Motion (Doc. 61) is **GRANTED** in that **CHRISTOPHER TINSLEY** shall appear **in person** at the trial of the above-captioned proceeding. To that end, it is hereby **ORDERED** that the Georgia Department of Corrections, as custodian of witness **CHRISTOPHER TINSLEY**, shall deliver the said

1

**CHRISTOPHER TINSLEY,** GDC ID No. 0001194347, to the Courtroom of the United States Courthouse, 401 N. Patterson St., 2nd Floor, Valdosta, Georgia, to serve as a witness for a trial in the above-captioned proceeding beginning at 8:30 a.m. on Monday, February 9, 2026, or as may be otherwise required during said term of Court. The Georgia Department of Corrections shall return **CHRISTOPHER TINSLEY** to the custody from whence he came when his presence in the trial of the above-captioned proceeding is no longer required.

The Clerk of Court is **DIRECTED** to serve, by United States Mail and by the email addresses noted above, a certified copy of this Order on Christina Lunebach of the Georgia Department of Corrections. The Clerk of the Court is also **DIRECTED** to serve a certified copy of this Order on the United States Marshal for the Middle District of Georgia. Counsel for Plaintiff and Defendant are **ORDERED** to provide any assistance to the Clerk, the Georgia Department of Corrections, and/or the United States Marshal, or his lawful deputy, to ensure timely compliance with this Order.

**SO ORDERED**, this 4th day of February 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2