IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JORDAN HUNTER,                                    *

              Plaintiff,            *

v.                                                                    Case No. 7:22-CV-144 (WLS-ALS)

                         *

WARDEN JACOB BEASLEY,

                         *

              Defendant.

                         *

**J U D G M E N T**

Pursuant to the jury verdict dated February 11, 2026,  and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Plaintiff .

This 11th day of February, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk